UNITED STATES of America,
Plaintiff–Appellee,

v.

Anthony Jermaine FREEMAN,
Defendant–Appellant.

No. 02–21147.

United States Court of Appeals,
Fifth Circuit.

Sept. 23, 2003.

James Lee Turner, Assistant U.S. Attorney, John Richard Berry, Assistant U.S. Attorney, James Roy Buchanan, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART and PRADO, Circuit Judges.

PER CURIAM.[1]

The court has considered appellant's position in light of oral argument, the briefs, and the record. Having done so, we find no reversible error. The evidence is sufficient to sustain appellant's conviction, and the district court did not abuse its discretion in excluding appellant's "reverse 404(b)" evidence or in allowing the govern-

---

1. Pursuant to 5th Cir. R. 47.5, this Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

ment to introduce appellant's statements to the police.

AFFIRMED.